UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DESIDERIO DISLA ESTEVEZ** | : | No. 13-020 |
| a/k/a "Nelson Orellana" | | |

**O R D E R**

**AND NOW**, this 26th day of March, 2014, upon consideration of Defendant Desiderio Disla-Estevez's Motion for a New Trial (Doc. No. 68), Defendant Desiderio Disla-Estevez's Amended Motion for a New Trial (Doc. No. 70), the Government's responses thereto and following oral argument, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Defendant Desiderio Disla-Estevez's Motion for a New Trial (Doc. No. 68) and Defendant Desiderio Disla-Estevez's Amended Motion for a New Trial (Doc. No. 70) are **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge